UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Rex McCullough                :    Case #: 12-57664

                                   :    Chapter 13

                                   :    Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 15, 2013                        /s/ Frank M. Pees
                                              Frank M. Pees
                                              Chapter 13 Trustee


Name and Address                              Amount
Rex McCullough                                $2,672.68
1757 Twp. Rd. 46 N.
Bellefontaine, OH 43311