UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                      )        Chapter 13 Case No. 12-57664
    Rex McCullough                   )
                                             )        Judge Charles M. Caldwell
               Debtor(s)          )

## NOTICE OF SUBSTITUTION OF COUNSEL

    Upon consent and knowledge of all parties involved per the terms of the agreed upon contract, Sinem T. Halterman, is hereby substituted as counsel of record and replaces and relieves Christopher W. Striff, Jr..  Mr. Striff is no longer an employee of Rauser & Associates.

                              Respectfully submitted,

                              /s/ Sinem T. Halterman
                              Sinem T. Halterman
                              Rauser & Associates
                              5 E. Long St., Suite 300
                              Columbus, OH 43215

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Notice of Substitution of Counsel was sent by regular U.S. mail on September 25, 2013, to the follow:

**US Trustee:**
170 N. High St.
Suite 200
Columbus, OH 43215
**Trustee:**
Frank M. Pees
130 East Wilson Bridge Rd.
Suite 200
Worthington, Ohio 43085
**Debtor:**
Rex McCullough
1757 Twp. Rd. 46 N
Bellefontaine, Ohio 43311

/s/ Sinem T. Halterman
Signature of Attorney